# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LUIS MIGUEL RIVERA** | : CIVIL ACTION |
| | : |
| v. | : NO. 23-653 |
| | : |
| **STEARNS LENDING, LLC, et al.** | : |

## O R D E R

**AND NOW,** this 20th day of October, 2023, **IT IS HEREBY ORDERED** that:

1. The first motion of Freedom Mortgage Company to amend/correct its first motion to intervene and dismiss complaint [Doc. 16] is **GRANTED**.
2. The motion of Freedom Mortgage Corporation to intervene [Doc. 8] is **GRANTED**.
3. The first motion of Intervenor Freedom Mortgage Corporation to dismiss [Doc. 8] is **GRANTED**.
4. The Complaint is **DISMISSED** as to Defendant Stearns Lending, LLC. and Intervenor Freedom Mortgage Corporation with prejudice.
5. The motion of Plaintiff for entry of "pro confesso" judgment [Doc. 7] is **DENIED** as moot.
6. The motion of the Plaintiff to object [Doc. 14] is **DENIED** as moot.

BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**